**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 396 WAL 2018

Respondent                   :

                                :    Petition for Allowance of Appeal from

                                :    the Order of the Superior Court

         v.                 :

                                :

LAROY D. HOUGH,              :

                                :

Petitioner                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.